## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:23-CV-24747-CMA

Plaintiff:
**JAMES BOWEN**

vs.

Defendant:
**NCL (BAHAMAS) LTD.**

For:
Jason Margulies
LIPCON, MARGULIES & WINKLEMAN, P.A.

Received by DLE Process Servers, Inc on the 15th day of December, 2023 at 4:39 pm to be served on **NCL (Bahamas) LTD RA: Daniel S. Farkas, Esq., 7300 Corporate Center Drive, Miami, FL 33126**.

I, Antonio Samalea, do hereby affirm that on the **18th day of December, 2023** at **1:20 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action and Complaint and Demand for Jury Trial** with the date and hour of service endorsed thereon by me, to: **Victoria Kostyuea** as **Employee Authorized** for **NCL (Bahamas) LTD**, at the address of: **7300 Corporate Center Drive, Miami, FL 33126**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action.

---

**Antonio Samalea**
ID 3780

**DLE Process Servers, Inc**
936 Sw 1st Avenue
#261
Miami, FL 33130
**(786) 220-9705**

Our Job Serial Number: DLE-2023064113

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2t

```
DELIVERED  12/18/2023 1:20 PM
SERVER     AS
LICENSE    ID 3780
```

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

JAMES BOWEN,

*Plaintiff(s)*

v.

Civil Action No. 1:23-cv-24747-CMA

NCL (BAHAMAS) LTD.,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NCL (BAHAMAS) LTD.
By serving: Daniel S. Farkas, Esq.
7300 Corporate Center Drive
Miami, FL 33126

As Registered Agent

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Heather Smith, Esquire
Lipcon, Margulies & Winkleman, P.A.
2800 Ponce de Leon Blvd.
Suite 1480
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 15, 2023



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ R. Bissainthe
Deputy Clerk
U.S. District Courts