UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-24747-CIV-ALTONAGA/Reid

JAMES BOWEN,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,

    Defendant.

_____/

ORDER REQUIRING SCHEDULING REPORT
AND CERTIFICATES OF INTERESTED PARTIES[1]

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **January 19, 2024**. In addition, by **January 19, 2024**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of December, 2023.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

cc:    counsel of record

---

[1] The parties must not include Chief Judge Altonaga and U.S. Magistrate Judge Reid as interested parties unless they have an interest in the litigation.